UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 20-2543


Bridget Nicole Walters,
Petitioner

v.

Attorney General of the United States

(Agency No.  A201-242-287)


Present:  AMBRO, HARDIMAN and PHIPPS, Circuit Judges


**ORDER**


The opinion filed on September 23, 2021 is hereby amended to correct the spelling of Petitioner's first name in the case title listing on page 1 and to remove the bold citation on page 2 of the Concurring/Dissenting Opinion.

As these corrections are not substantive, the filing date of the judgment will not be altered.


By the Court,


 s/ Thomas L. Ambro
 Circuit Judge


Dated: October 4, 2021